# YetterColeman LLP

ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 2:41 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 2:41:20 PM
CHRISTOPHER A. PRINE
Clerk

February 5, 2025

***Via ECF***

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

> Re:    No. 15-24-00120-CV; *State of Texas v. Harris County*, in the Fifteenth
>        Court of Appeals, Austin, Texas

Dear Mr. Prine:

All appellees hereby notify the Court that Grant B. Martinez will present oral argument on their behalf on February 12, 2025.

Sincerely,

Grant B. Martinez
*Counsel for Appellees*

cc:    All counsel of record (via ECF)

www.yettercoleman.com                811 Main Street, Suite 4100, Houston, Texas 77002
phone 713.632.8000   fax 713.632.8002

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Grant Martinez on behalf of Grant Martinez
Bar No. 24104118
gmartinez@yettercoleman.com
Envelope ID: 97020116
Filing Code Description: Letter
Filing Description: Letter re: Oral Argument Presenter
Status as of 2/5/2025 2:47 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 2/5/2025 2:41:20 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 2/5/2025 2:41:20 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 2/5/2025 2:41:20 PM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 2/5/2025 2:41:20 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 2/5/2025 2:41:20 PM | SENT |
| Eleanor Matheson | 24131490 | Eleanor.matheson@harriscountytx.gov | 2/5/2025 2:41:20 PM | SENT |
| Christian Menefee | 24088049 | christian.menefee@harriscountytx.gov | 2/5/2025 2:41:20 PM | SENT |
| Ryan Cooper | 24123649 | ryan.cooper.work@gmail.com | 2/5/2025 2:41:20 PM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 2/5/2025 2:41:20 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 2/5/2025 2:41:20 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 2/5/2025 2:41:20 PM | SENT |
| Edward Swidriski | 24083929 | Edward.Swidriski@harriscountytx.gov | 2/5/2025 2:41:20 PM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 2/5/2025 2:41:20 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 2/5/2025 2:41:20 PM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 2/5/2025 2:41:20 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Grant Martinez on behalf of Grant Martinez
Bar No. 24104118
gmartinez@yettercoleman.com
Envelope ID: 97020116
Filing Code Description: Letter
Filing Description: Letter re: Oral Argument Presenter
Status as of 2/5/2025 2:47 PM CST

Case Contacts

| Grant Martinez | | gmartinez@yettercoleman.com | 2/5/2025 2:41:20 PM | SENT |
|---|---|---|---|---|
| Lily Hann | | lhann@yettercoleman.com | 2/5/2025 2:41:20 PM | SENT |
| Marisa Mata | | mmata@yettercoleman.com | 2/5/2025 2:41:20 PM | SENT |